583 A.2d 319

STATE OF NEW JERSEY v. NICOLA CHALET.

February 6, 1990.

Petition for certification denied.

583 A.2d 319

STATE OF NEW JERSEY v. ADRIANA KARAGIANNIS.

February 6, 1990.

Petition for certification denied.

583 A.2d 319

VALLEY MANOR ASSOCIATES, ETC. v. TOWNSHIP OF EDISON.

February 13, 1990.

Petition for certification denied.

583 A.2d 319

STATE OF NEW JERSEY v. DAVID GLOVER.

February 13, 1990.

Petition for certification denied. (See 230 *N.J.Super.* 333, 553 *A.*2d 808)